John George POULOS, by Mary L. POULOS, Executrix, Respondent, v. PETE'S DRIVE-IN NO. 3, and Insurance Company of North America, Petitioners.

(332 S. E. (2d) 529)

Supreme Court

June 27, 1985.

## ORDER

The petition for writ of certiorari to the Court of Appeals is denied.